UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Leonard Loh,

               Plaintiff

v.

Lanston Loh, et al.,

               Defendants

Case No. 2:25-cv-02441-CDS-MDC

**Order Setting Hearing on Plaintiff's Motion for Preliminary Injunction**

[ECF No. 11]

Plaintiff Leonard Loh brings this action against Lanston and Peggy Chia Loh, asserting six claims for relief: (1) conversion, (2) violation of the Consumer Fraud and Abuse Act, (3) unjust enrichment, (4) replevin, (5) civil conspiracy, and (6) preliminary injunction. *See* Compl., ECF No. 1. In my prior order, I denied the plaintiff's motion for an ex parte temporary restraining order and an order to show case as to why a preliminary injunction should not issue. Order, ECF No. 6; *see also* Mot. for TRO, ECF No. 5. In turn, the plaintiff filed a motion for preliminary injunction. *See* Mot. prelim. inj., ECF No. 11. He also filed a motion for service by publication, asserting that service to defendant Peggy Chia Loh has become impracticable due to her multiple attempts to evade personal service. Mot. serv. publ'n, ECF No. 13.[1] With respect to defendant Lanston Loh, the plaintiff certifies that he served the motion for preliminary injunction by U.S. Mail in a sealed envelope to the following address: Lanston Loh, 2531 S. 6th Avenue, Yuma, AZ 85364. ECF No. 14. Lanston has now been properly served with the motion for preliminary injunction.

IT IS THEREFORE ORDERED that the parties must appear for a hearing on the motion for preliminary injunction at 10:00 a.m. on February 18, 2025, in LV Courtroom 6B.

---

[1] An order resolving this motion will issue separately.

The Clerk of Court is kindly directed to mail a copy of this order to defendant Lanston Loh at 2531 S. 6th Avenue, Yuma, AZ 85364.

Dated: January 14, 2026

_____
Cristina D. Silva
United States District Judge